Eric B. Evans, Bar No. 232476
EEvans@perkinscoie.com
Thea Percival Herrera, Bar No. 339689
TheaHerrera@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: +1.650.838.4300
Facsimile: +1.650.838.4350

Attorneys for Defendants
TACTICAL USA LLC, a forfeited Texas limited liability company; and TIM REISS, an individual.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMICA WHITTAKER, an individual; JAZZI JOHNSON, an individual DANIELLE LUSTER, an individual; and NACE REYNOLDS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>TACTICAL USA LLC, a forfeited Texas limited liability company; JOHN C. KEEL JR., an individual; 2AOFFERS.COM, a business entity of unknown organization in New York; HEALTHYNEWSUSA.COM, a business entity of unknown organization in Alabama; MOFC Inc., a dissolved Massachusetts corporation in Texas; TIM REISS, an individual; NATIONAL GUN OWNER ASSOCIATION, a Missouri cooperative association; PATRIOT-IVEAWAY.COM, a business entity of unknown organization in Texas; PRODUCTS4PATRIOTS.COM , a business entity of unknown organization in Kentucky; TACTICALDEFENSEUSA.COM, a business entity of unknown organization in Florida; THEBULLETEXPRESS.com, a business entity of unknown organization in Florida; and Does 1-500,<br><br>Defendants. | Case No. 2:23-cv-02914-JAM-CKD<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT PURSUANT TO LOCAL RULE 144(a)**<br><br>Trial Date: None set<br>Complaint Filed: July 12, 2023 |

**STIPULATION**

Pursuant to E.D. California Local Rule 144(a), the parties to this action, by and through their undersigned counsel, hereby stipulate as follows:

**WHEREAS**, Defendants' responsive pleading deadline is December 21, 2023.

**WHEREAS**, Plaintiffs intend to file a motion to remand. In the spirit of more efficient administration the parties have agreed to an extension of time for Defendants to answer or otherwise respond to Plaintiffs' Complaint (Dkt. 1-1) until twenty-eight (28) days after the Court enters an order on Plaintiffs' forthcoming motion.

**WHEREAS**, the Court has not previously stated that no further extensions will be granted.

**IT IS HEREBY STIPULATED AND AGREED**, that the last day for Defendants to file a responsive pleading shall be extended as described above.

**IT IS SO STIPULATED**.

Dated:  December 21, 2023                **PERKINS COIE LLP**

By:/s/ *Eric B. Evans*
   Eric B. Evans, Bar No. 232476
   Thea Percival Herrera, Bar No. 339689

Attorneys for Defendants
TACTICAL USA LLC, a forfeited Texas limited liability company; and TIM REISS, an individual.

Dated:  December 21, 2023                **THE LAW OFFICES OF JACOB HARKER**

By:/s/ *Jacob Harker*
   Jacob Harker, Bar No. 261262

Attorneys for Plaintiffs

## SIGNATURE ATTESTATION

In accordance with Civil Local Rule 133(e), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Dated: December 21, 2023                                  /s/ *Eric B. Evans*
                                                                                   Eric B. Evans

**ORDER**

This Court hereby **GRANTS** Defendants Tactical USA LLC and Tim Reiss for an extension of time to provide a response to Plaintiff's complaint. The deadline is now twenty-eight **(28) days** <u>after</u> the Court enters an order on Plaintiffs' <u>forthcoming</u> motion to remand.

IT IS SO ORDERED.

Dated: December 26, 2023                    /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            SENIOR UNITED STATES DISTRICT JUDGE